253 So.2d 65

**Hilda Petitjean LeBLANC**

v.

**TRAVELERS INDEMNITY COMPANY.**

No. 51725.

Oct. 15, 1971.

In re: Hilda Petitjean LeBlanc, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

253 So.2d 66

**Joseph P. BARROIS**

v.

**SERVICE DRAYAGE COMPANY, Inc. d/b/a Ryan Crane Service et al.**

No. 51674.

Oct. 15, 1971.

In re: The American Insurance Company, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 250 So.2d 135.

Application denied. On the facts found by the Court of Appeal, we find no merit in the errors assigned by applicant.